IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In Re:

Nia I. Greenwade

Case No.: 23-12927-LSS
Chapter 13

*Debtor*

## MOTION TO MODIFY CHAPTER 13 PLAN

Nia I. Greenwade, Debtor, by and through undersigned counsel, Eric S. Steiner, and pursuant to 11 U.S.C. § 1329, Fed. R. Bankr. Proc. 3015(h) and Local Rule 3015-4, requests that this Honorable Court enter an Order modifying the Debtor's confirmed chapter 13 plan, and in support thereof, states:

1. On April 28, 2023 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code, commencing in this Court in Case No. 23-12927.

2. Rebecca A. Herr was appointed Chapter 13 trustee in this matter.

3. On November 20, 2023, this Court entered an Order confirming the Debtor's Chapter 13 Plan (ECF No.: 17).

4. The Debtor has not been granted a prior modification.

5. On December 27, 2023, the Debtor obtained the Chapter 13 Trustee's approval to incur post-petition credit to purchase a vehicle, and she purchased a Hyundai Kona SEL for $21,552.94, with a monthly payment of about $500.00. A copy of the Debtor's approved request is attached hereto as **Exhibit 1**. The Debtor also pays for auto insurance on this vehicle.

6. The Debtor's income has increased; however, so have her expenses, The Debtor has entered into a rental lease effective July 14, 2024, and her portion of the lease is $2,000.00 per month. *See* July 24, 2024 Amended Schedule J (ECF No.: 24).

1

7. The Debtor wishes to modify the terms of the confirmed chapter 13 plan to lower her plan payments to $160.00 per month.

8. A copy of the proposed Modified Plan is attached hereto as **Exhibit 2**.

9. 11 U.S.C. § 1329 authorizes this Court to modify a confirmed chapter 13 plan by increasing or reducing the monthly plan payments at any time after confirmation, but before completion of plan payments.

10. Good cause exists to allow the Debtor to modify the confirmed chapter 13 plan payments from $840.00 per month to $160.00 per month.

WHEREFORE, Nia I. Greenwade, Debtor, requests that this Honorable Court enter an Order modifying the Debtor's chapter 13 plan in accordance with **Exhibit 2**.

Respectfully submitted

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
PO Box 17598, PMB 83805
Baltimore, Maryland 21297-1598
(410) 670-7060 (phone)
(410) 834-1743 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July 2024, a copy of the foregoing Motion, and Notice, Proposed Order, and any exhibits was served by the Court's CM/ECF system to:

Rebecca A. Herr
*Chapter 13 Trustee*

I FURTHER CERTIFY that on this 25th day of July 2024, a copy of the foregoing Motion, and Notice, Proposed Order, and any exhibits, was served via first-class mail, postage

prepaid, to all parties and creditors listed on the attached matrix (other than those served via CM/ECF).

                                                         */s/ Eric S. Steiner*
                                                         Eric S. Steiner

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 23-12927<br>District of Maryland<br>Greenbelt<br>Thu Jan 18 16:58:34 EST 2024 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | HAPPY MONEY<br>21515 HAWTHORNE BLVD SUITE 200<br>TORRANCE CA 90503-6512 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | NORDSTROM, INC.<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | VIVE FINANCIAL   LLC<br>ATTN BANKRUPTCY<br>P O BOX 708670<br>SANDY UT 84070-8639 | |

End of Label Matrix
Mailable recipients     7
Bypassed recipients     0
Total                   7