IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In Re:

Nia I. Greenwade

*Debtor*

Case No.: 23-12927-LSS
Chapter 13

## NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

PLEASE TAKE NOTICE that a motion was filed on behalf of the Debtor to modify the confirmed chapter 13 plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one. A copy of the motion is attached.**

If you do not want the Court to grant the motion, or if you want the court to consider your views on the motion, then by **August 21, 2024** (parties served by mail may add three (3) additional days to the response deadline), you or your lawyer must file an objection with the Clerk of the U.S. Bankruptcy Court for the District of Maryland, Greenbelt Division, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 27740, and mail a copy of your objection:

> Eric S. Steiner, Esquire
> STEINER LAW GROUP, LLC
> PO Box 17598, PMB 83805
> Baltimore, Maryland 21297-1598

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.
.
If you or your lawyer do not file and serve a timely response to the motion, the Court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date

DATED: July 25, 2024

Respectfully submitted

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
PO Box 17598, PMB 83805

(1)

Baltimore, Maryland 21297-1598
(410) 670-7060 (phone)
(410) 834-1743 (fax)

(2)