IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In Re:<br><br>Nia I. Greenwade<br><br>*Debtor* | Case No.: 23-12927-LSS<br>Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, any opposition thereto, and for the reasons stated at a hearing, if held,, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the motion is GRANTED; and it is further

**ORDERED**, that the Modified Chapter 13 Plan, as proposed by the Debtor, is APPROVED.

cc: Debtor
Eric S. Steiner (via CM/ECF)
Rebecca A. Herr – Chapter 13 Trustee
U.S. Trustee
All creditors and parties in interest

**END OF ORDER**