Return to: Rebecca Herr
185 Admiral Cochrane Dr. #240
Annapolis, MD 21401
Telephone: (301) 805-4700
Fax:          (301) 805-9577

*Persons relying on this form to grant credit should verify the authenticity of any approval hereon with the Office of the Chapter 13 Trustee.*

***Requests are processed in the ordinary course of business. Do not expect an immediate response.***

## REQUEST TO INCUR NEW POST PETITION CREDIT TO PURCHASE A VEHICLE

By: __Nia Greenwade__   Signature: _____
      (Print Name)

Case No. __23-12927__

1. Explain why you need to incur new post-petition credit (a new loan):
   __To get to and from work as metro is under construction, effecting my commute, making it unreliable.__
   (Attach an additional explanation sheet if necessary)

2. Please provide the following information:

   A. Make and model of new vehicle:  __Hyundai - Kona SEL SUV__

   B. Amount of new loan:  __21 552.94__

   C. Monthly payment of new loan:  __$500__

   D. Will you be trading in a vehicle?   Yes: ____   No: __X__

   E. Monthly payment of existing loan on trade-in vehicle:  __N/A__

**NOTE: If your income or expenses have changed from the amounts listed in the budget filed with the Court (Schedules I & J), attach documentation of those changes.**

---

**For Trustee use only**

This request is: __APPROVED__ Approved   _____ Disapproved
Comments:

Date: _____                _____
                                        Rebecca Herr, Chapter 13 Trustee