**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In Re:<br><br>Nia I. Greenwade<br><br>   *Debtor* | Case No.: 23-12927-LSS<br>Chapter 13 |

## MOTION TO VACATE WAGE ORDER

  Nia I. Greenwade ("Debtor"), by and through undersigned counsel, Eric S. Steiner, requests that this Honorable Court vacate its wage order and allow the Debtor to make the Chapter 13 plan payments directly to the Chapter 13 Trustee, and in support thereof, states:

  1. On April 4, 2023 (the "Petition Date"), the Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code, commencing in this Court in Case No. 23-12927.

  2. Rebecca A. Herr was appointed Chapter 13 trustee in this matter.

  3. On November 11, 2023, this Court confirmed the Debtor's Chapter 13 plan (ECF No.: 17), and this Court also entered a wage order to the Debtor's employer (ECF No.: 18).

  4. Contemporaneously herewith, the Debtor is filing amended schedules I and J, as well as a Motion to Modify Chapter 13 plan based on a change of expenses.

  5. Therefore, the Debtor wishes to pay the Chapter 13 trustee directly.

  WHEREFORE, Nia I. Greenwade, Debtor, requests that this Honorable Court vacate its wage order and allow the Debtor to make the Chapter 13 plan payments directly to the Chapter 13 trustee, Rebecca A. Herr.

                   Respectfully submitted

                    */s/ Eric S. Steiner*
                    Eric S. Steiner, Esquire
                    Federal Bar No. 28705

                                      eric@steinerlawgroup.com
                                      **STEINER LAW GROUP, LLC**
                                      PO Box 17598, PMB 83805
                                      Baltimore, Maryland 21297-1598
                                      (410) 670-7060 (phone)
                                      (410) 834-1743 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of July 2024, a copy of the foregoing was served by the Court's CM/ECF system to:

Rebecca A. Herr
*Chapter 13 Trustee*

                                        */s/ Eric S. Steiner*
                                        Eric S. Steiner