IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In Re:

Nia I. Greenwade

Case No.: 23-12927-LSS
Chapter 13

*Debtor*

### ORDER GRANTING DEBTOR'S MOTION TO VACATE WAGE ORDER

Upon consideration of the Debtor's Motion to Vacate Wage Order, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the Debtor is allowed to make the Chapter 13 plan payment directly to the Chapter 13 trustee, Rebecca A. Herr, and it is further

**ORDERED**, that should the Debtor default in making any timely plan payments to the Chapter 13 trustee; the Chapter 13 trustee is authorized to immediately request that the Court enter a wage garnishment order without further hearing or consideration.

cc:	Debtor
	Eric S. Steiner (via CM/ECF)
	Rebecca A. Herr – Chapter 13 Trustee
	U.S. Trustee

**END OF ORDER**