IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In Re:<br><br>Nia I. Greenwade<br><br>*Debtor* | Case No.: 23-12927-LSS<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July 2024, a copy of the Debtor's Amended Schedules I & J was served via the Court's CM/ECF system to:

Rebecca A. Herr
*Chapter 13 Trustee*

                                                */s/ Eric S. Steiner*
                                                Eric S. Steiner