United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-12927-LSS |
| Nia I. Greenwade | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 26, 2024 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nia I. Greenwade, 131 Fairbanks Drive, Gaithersburg, MD 20877-6355 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 28, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **23–12927 – LSS**   Chapter: **13**

**Nia I. Greenwade**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 24 – Motion to Modify Plan .Amount of Payments per Month:11,218.07/160,Number of Months: Paid to date for months 1–15/45, Notice Served on 7/25/2024, Filed by Nia I. Greenwade (related document(s)16 Amended Chapter 13 Plan filed by Debtor Nia I. Greenwade). Objections due by 08/22/2024. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 09/04/2024 at 10:00 AM – Courtroom 3–D. (Attachments: # 1 Notice of Motion # 2 Proposed Order # 3 Exhibit # 4 Exhibit) (Steiner, Eric) Modified on 7/26/2024 to correct plan payments. (Aure, Lia).

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 8/9/24.**
**1. A Certificate of Service on the Proposed Modified Plan was not filed.**
**2. Notice of Hearing was not filed.**

CURE: 1. A Certificate of Service on the (Proposed Modified Plan) above pleading must be filed. Please use LBF–M1 (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

2. A hearing date and time must be selected, and a Notice of Hearing to all appropriate parties must be filed. (Local Bankruptcy Rule 4001–1(c), 4003–2(b))

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 7/26/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lia Aure
301–344–3392

cc:   Debtor
Attorney for Debtor – Eric S. Steiner

defntc (rev. 12/12/2016)