**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In Re:                                          |
                                                |
**NIA I. GREENWADE**          |     Case No. 23-12927-LSS
                                                |     Chapter 13
                                                |
          Debtor                            |

*Line of No Objection to the Emergency Motion to Vacate Employee Payment Order*

     Rebecca A. Herr, Chapter 13 Trustee in the above-captioned case, has no objection to the Emergency Motion to Vacate Wage Order and make payments directly to the Trustee appearing as Docket entry #25.

                                  Respectfully Submitted,

Date: July 30, 2024                     **/s/ Rebecca A. Herr**
                                                Rebecca A. Herr
                                                185 Admiral Cochrane Dr.
                                                Suite 240
                                                Annapolis, MD 21401
                                                Bherr@ch13md.com

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on the 30th day of July 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Emergency Motion to Waive Wage Order will be served electronically by the Court's CM/ECF system on the following:

Eric S. Steiner    info@steinerlawgroup.com, eric.steinerlawgroup.com@recap.email
Debtor's Counsel

Nia I. Greenwade
131 Fairbanks Drive
Gaithersburg, MD 20877
Debtor

                                  **/s/ Rebecca A. Herr**
                                  Chapter 13 Trustee